**PLEASE RETURN THIS CARD IMMEDIATELY UPON RECEIPT.**

Date 4-9-2015

I have this day received the mandate of the Court of Appeals in Case No. 04-13-00844-CR Mathew Ray Gomez VS STATE.

KEITH E. HOTTLE, CLERK

2015 APR 13 AM 11:15

AT SAN ANTONIO, TEXAS
IN THE COURT OF APPEALS
FILED